**I. H. SPEARS, Appellant,**

v.

**TRANSCONTINENTAL BUS SYSTEM, Inc., a Delaware Corporation, et al.**

No. 15226.

United States Court of Appeals
Eighth Circuit.
March 11, 1955.

I. H. Spears, pro se.

Eugene R. Warren, Little Rock, Ark., for appellees.

PER CURIAM.

Motion of appellees to dismiss appeal for want of diligent prosecution, etc., granted, and appeal from District Court dismissed.

**Melvin VON BEHREN, Appellant,**

v.

**UNITED STATES of America.**

No. 15121.

United States Court of Appeals
Eighth Circuit.
March 11, 1955.

Wayne C. Smith, Jr., Clayton, Mo., for appellant.

Harry Richards, U. S. Atty., Wayne Bigler, Jr., Asst. U. S. Atty., and Forrest Boecker, Asst. U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed for want of prosecution, on motion of counsel for appellee in open court.

**Harry C. BASS, Jr., Appellant,**

v.

**W. J. OTJEN.**

No. 15227.

United States Court of Appeals
Eighth Circuit.
March 11, 1955.

James V. Dunbar and Robert J. Gaddy, St. Louis, Mo., for appellant.

Henry C. M. Lamkin, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed at appellant's costs.